## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TONI JENKINS and | § | |
| ROSA SCHWARTZ, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2495 |
| | § | |
| THE INSURANCE COMPANY OF | § | |
| THE STATE OF PENNSYLVANIA, | § | |
| *et al.*, | § | |
|     Defendants. | § | |

## <u>REMAND ORDER</u>

This case is before the Court on the Motion for Remand [Doc. # 5], to which no opposition has been filed.  It appearing that complete diversity between the parties does not exist in this case because Plaintiff Jenkins and Defendant Belinda Ybarra are both citizens of Texas, it is hereby

**ORDERED** that the Motion for Remand [Doc. # 5] is **GRANTED** and this case is **REMANDED** to the 295th Judicial District Court of Harris County, Texas, for lack of subject matter jurisdiction.

SIGNED at Houston, Texas, this **24th** day of **August, 2005**.

_____
Nancy F. Atlas
United States District Judge